■ In the Matter of JOHN E. HEBERT, an Attorney, Resignor. Appellant. [893 NYS2d 921]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J., Fahey, Carni, Green and Pine, JJ. (Filed Jan. 25, 2010.)

■ In the Matter of DONNA M. GRAY, an Attorney, Resignor. [893 NYS2d 914]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J., Fahey, Carni, Green and Pine, JJ. (Filed Jan. 25, 2010.)

■ In the Matter of ANDREW M. CAMPBELL, an Attorney, Resignor. [893 NYS2d 913]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J., Fahey, Carni, Green and Pine, JJ. (Filed Jan. 25, 2010.)

■ In the Matter of EFREM KRISHER, an Attorney, Resignor. [893 NYS2d 913]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J., Fahey, Carni, Green and Pine, JJ. (Filed Feb. 10, 2010.)

■ In the Matter of EDWARD HELLER, an Attorney, Resignor. [893 NYS2d 913]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Scudder, P.J., Fahey, Carni, Green and Pine, JJ. (Filed Feb. 10, 2010.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC BRETTI, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Lindley, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RIVERA, Appellant. [893 NYS2d 923]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, in failing to argue that Supreme Court erred in responding to notes from the jury during its deliberations. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of July 15, 1994 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to perfect his appeal on or before May 17, 2010. Present—Peradotto, J.P., Fahey, Green and Pine, JJ.